✎PS 40
  (Rev. 6/05)

## UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** United States District Court

2 S. Main Street

568 John F. Seiberling Federal Building

Akron, OH 44308

☐ **Original Notice**

☒ **Notice of Disposition**

**Date:** _____

**Date:** ___09/09/10___

**By:** _____

**By:** _Heather R. Sherer, Deputy Clerk_

Defendant: _____John J. Cafaro_____   Case Number: _____4:10cr73_____
Date of Birth: _____1952_____   Place of Birth: _Ohio, USA_
SSN:_____N/A_____

**Notice of Court Order** (Order Date: __06/24/10__ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number __215594894__ to the custody of the U.S. District Court on __03/22/10__ .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court